FILED '08 JUL 15 16:35 USDC-LAE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROSS E. ELKINS | * | CIVIL ACTION NO. 08-1301 |
| | * | |
| PLAINTIFF | * | SEC. D |
| VS. | * | |
| | * | MAG. 5 |
| PARK PLACE APARTMENTS LIMITED | * | |
| PARTNERSHIP AND SUZETTE GIROUARD | * | |
| | * | |
| DEFENDANTS | * | |

### ORDER

THE FOREGOING MOTION CONSIDERED, it is hereby ordered that the plaintiff's claims are dismissed with prejudice.

New Orleans, Louisiana, this 15th day of July, 200_.

_____
JUDGE, UNITED STATES DISTRICT COURT

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____